# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINSTON HINDS, | : | Civil No. 3:17-cv-488 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| HOWARD L. HUFFORD, WARDEN, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 12th day of December, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **SUBSTITUTE** Howard L. Hufford, Warden, as the sole respondent in this action.

3. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge